THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON J. NOTTINGHAM, Appellant. [853 NYS2d 518]—

Present—Hurlbutt, J.P., Martoche, Lunn, Green and Gorski, JJ.